IN THE COURT OF CRIMINAL APPEALS


OF TEXAS


 




NO. PD-0777-12





LANA CAY MANN aka LANA MANN WATSON


aka LANA CAY WATSON, Appellant


v.



THE STATE OF TEXAS






ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

FROM THE SECOND COURT OF APPEALS

HOOD COUNTY



 

 Per curiam. Keasler and Hervey, JJ., dissent.


ORDER


 The petition for discretionary review violates Rule of Appellate Procedure 68.4(i)
& 9.3(b), because it does not contain a complete copy of the opinion of the court of
appeals and the original petition is not accompanied by 11 copies.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition and copies must be
filed in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: September 19, 2012

Do Not Publish